## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 89 MM 2020
:
Respondent :
:
:
v. :
:
:
ISHAQ IBRAHIM, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within 5 days.